HARRIET FIFIELD, Respondent, *v.* THE NEW YORK, LACKA-WANNA AND WESTERN RAILWAY COMPANY, Appellant.

(Argued December 8, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made January 8, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John G. Milburn* for appellant.

*Seward A. Simons* for respondent.

Agree to reverse judgment and grant new trial on opinion of EARL, J., in *Miller* v. *N. Y., L. & W. R. R. Co.* (*ante*, p. 118).
All concur, except PECKHAM, J., not sitting.
Judgment reversed.